IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARNELL W. MOON,

    Petitioner,

v.

CAROL HOLINK, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-681-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing petitioner's petition for a writ of habeas corpus with prejudice.

_____      11/24/09
Peter Oppeneer, Clerk of Court         Date